I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 6-1-15

DEPUTY CLERK

JS-6
Entered

FILED
CLERK, U.S. DISTRICT COURT

MAY 29 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LAMAR WARNOCK,<br><br>Petitioner,<br><br>vs.<br><br>W.L. MONTGOMERY (Warden),<br><br>Respondent. | Case No. CV 14-5656-SJO (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 5/28/15

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE